1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  RICHARD L. SIMMS, | CASE NO. 05CV1607-BEN (POR) |
| 12                         Plaintiff, | **ORDER ADOPTING REPORT** |
| 13     vs. | **AND RECOMMENDATION REMANDING CASE FOR** |
| 14  JOANNE B. BARNHART, Commissioner of Social Security | **FURTHER PROCEEDINGS** |
| 15                         Defendant. | |

16

17   Plaintiff Richard L. Simms seeks judicial review of the Commissioner's denial of his

18 application under Title II of the Social Security Act, 42 U.S.C. §§ 401, et seq. Cross motions were

19 filed. On December 28, 2006, the Honorable United States Magistrate Judge Louisa S. Porter

20 issued a Report and Recommendation ("Report"), recommending the case be remanded to the

21 Commissioner for further development and clarification of Plaintiff's residual functional capacity.

22 The Report also gave the parties until January 29, 2007 to object to the Report's findings and

23 conclusions.

24   Title 28 U.S.C. § 636 (b)(1)(C) provides: "A judge of the [district] court shall make a *de*

25 *novo* determination of those portions of the [magistrate judge's] report or specified proposed

26 findings or recommendations to which objection is made." Thus, the governing "statute makes it

27 clear that the district judge must review the magistrate judge's findings and recommendations de

28 novo **if objection is made**, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114,

1121 (9th Cir. 2003) (en banc) (emphasis in original); see also id. ("Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.") (citation omitted)); Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) ( "Of course, *de novo* review of a [Report] is only required when an objection is made to the [Report]." ) (citation omitted)).

To date, no objections have been filed; nor has there been a request for additional time to file any. Notwithstanding the lack of objections, the Court has carefully reviewed the Report. Judge Porter's findings and conclusions are fully supported by the record and well reasoned. Accordingly, Judge Porter's Report is **ADOPTED** in full. For the reasons set forth in the Report, the case is **REMANDED** to the Commissioner for further development and clarification of Plaintiff's residual functional capacity.

**SO ORDERED.**

DATED: February 6, 2007

Hon. Roger T. Benitez
United States District Judge