1
2
3
4
5
6
7
8
9                                  UNITED STATES DISTRICT COURT

10                                 SOUTHERN DISTRICT OF CALIFORNIA

11

12    RICHARD L. SIMMS                    )        05CV1607 BEN (POR)
                                          )
13                 Plaintiff,             )
                                          )        ORDER GRANTING JOINT MOTION
14                                        )        FOR CORRECTED ORDER RE:
                                          )        ATTORNEY FEES UNDER THE
15                 v.                     )        EQUAL ACCESS TO JUSTICE ACT
                                          )        [28 U.S.C. §2412(d)]
16                                        )
      MICHAEL J. ASTRUE,                  )        [DE 18, 19, 20, 21]
17    Commissioner of Social Security     )
                                          )
18                 Defendant.             )
      _____)
19

20

21           Good cause appearing, **IT IS ORDERED** that the joint motion of the parties, for

22    Attorney fees in the amount of $5,000.00, payable to Plaintiff Richard L. Simms, and sent to the

23    business address of his Counsel, Thomas G. Roche, be granted.  The Court's prior Order dated

24    June 1, 2007, (Doc. No. 18)  is hereby **VACATED**.

25           **IT IS SO ORDERED**.

26    DATED:  June 15, 2007

27                                                _____
                                                  Hon. Roger T. Benitez
28                                                United States District Judge